LÓPEZ, DEMANDANTE Y APELANTE, *v.* LÓPEZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

No. 995.—Resuelto en noviembre 6, 1913.

DESESTIMACIÓN DE APELACIÓN—FALTA DE LA COPIA DE LA SENTENCIA—DEFECTO JURISDICCIONAL.—La falta de la copia de la sentencia en la transcripción de autos es un defecto que priva a esta corte de jurisdicción para resolver la apelación y constituye una omisión que no puede ser suplida por una referencia de ella en los autos, ni en la notificación de la sentencia hecha por el secretario a la parte perjudicada.

Desestimada la apelación por los fundamentos de la opinión emitida en el caso No. 989, *Hernández* v. *Hernández et al.,* resuelto hoy (pág. 1041).

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. J. H. Brown.*

El apelado no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Este caso es bastante análogo al de *Hernández* v. *Hernández,* (pág. 1041), que hemos resuelto en el día de hoy desestimando la apelación. En este también consta la resolución de la corte inferior que sostiene la excepción de que la demanda no aduce hechos suficientes que determinen una causa de acción y ordena que se registre una sentencia declarando sin lugar la demanda, sin especial condena de costas, estribando solamente la diferencia entre ambos casos, en que en el presente no certifica el secretario que la sentencia se registrara, y el único indicio que tenemos de que existe una sentencia es la notificación que el secretario hizo al demandante de haberse registrado la sentencia, el escrito en que se interpone la apelación contra ella y la referencia que aparece en un pliego de exposición del caso obrante en la transcripción, de que se registró la sentencia. Nada de ésto suple la copia de la sentencia que exije la ley para que tengamos jurisdicción para resolver la apelación, y como lo expuesto en el caso referido es aplicable al presente, por aquéllos fundamentos la apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.

Presentada moción de reconsideración por la parte demandante, fué denegada en diciembre 1, 1913.